

## NUMBER 13-26-00102-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF BRITTANY WALLACE AND TYLER WALLACE AND IN THE INTEREST OF L.R.C.W., A CHILD

---

## ON APPEAL FROM THE 170TH DISTRICT COURT OF MCLENNAN COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Justices Peña, West, and Fonseca
### Memorandum Opinion by Justice West

This cause is before the Court on its own motion. On January 16, 2026, appellant filed a notice of appeal attempting to appeal an order or judgment in trial court cause number 2023-3354-4.[1] The clerk's record was originally due on April 7, 2026. Appellant filed a motion for extension of time to pay for the clerk's record and requested that the

---

[1] This case is before this Court on transfer from the Tenth Court of Appeals in Waco pursuant to a docket-equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

deadline be extended to April 20, 2026. We granted the extension.

Appellant failed to make arrangements to pay for the clerk's record by that date. On April 29, 2026, we notified appellant that unless he made arrangements to pay for the clerk's record and proof of payment was provided to the Court within ten days, this appeal was subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(c).

To date, no clerk's record has been filed due to appellant's failure to pay or make payment arrangements. This Court has the authority to dismiss an appeal because the appellant failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

JON WEST
Justice

Delivered and filed on the
4th day of June, 2026.